

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184997 | 3/24/2015 | 207945 |
| **Job Date** | **Case No.** | |
| 3/23/2015 | 014CV61605BB | |
| **Case Name** | | |
| Raul Aguilar vs. United Floor Crew, Inc., Presidente Supermarket, Dennis Larios | | |
| **Payment Terms** | | |
| Net 30 | | |

Adi Amit
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL  33301

Raul Aguilar

| | |
|---|---:|
| Appearance Fee - No Notes Taken, First Hour | 115.00 |
| Certificate of Non-Appearance | 0.00 |
| Interpreting - Per Hour (2 Hour Minimum) | 220.00 |
| DISCOUNT | -11.50 |
| **TOTAL DUE  >>>** | **$323.50** |

Reference No.     :  207945

Certificate of Non Appearance. Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days.  Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Adi Amit
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL  33301

Job No.        :  207945            BU ID         : South FL
Case No.     :  014CV61605BB
Case Name  :  Raul Aguilar vs. United Floor Crew, Inc.,
                        Presidente Supermarket, Dennis Larios
Invoice No.  :  184997            Invoice Date   : 3/24/2015
**Total Due**    :  **$323.50**

Remit To:   Orange Legal, Inc.
                  633 East Colonial Drive
                  Orlando, FL  32803

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                        Card Security Code:
Amount to Charge:
Cardholder's Signature: